# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TAMMY LINDSLEY**                                              **PLAINTIFF**

v.                          No. 1:11-cv-92-DPM

**MICHAEL ASTRUE, Commissioner of**
**Social Security Administration**                              **DEFENDANT**

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Lindsley's complaint with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

4 December 2012